```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01318
   THOMAS E ONEAL
   VALERIE R ONEAL                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

             Debtor
   SSN XXX-XX-5675    SSN XXX-XX-1441
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/15/06 and confirmed on 04/19/06.

    2.  The case was converted to Chapter 7 after confirmation, 02/06/2008.

    3.  The Debtor paid a total of $  15206.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BNK/BN | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | MORTGAGE ARRE | 7482.13 | .00 | 6888.62 |
| ELGIN CITY EMPLOYEES C/U | SECURED VEHIC | 6000.00 | 260.08 | 6000.00 |
| CAPITAL ONE BANK | UNSECURED | 2076.56 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1957.67 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2934.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11683.82 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 593.29 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 620.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9739.62 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13482.13 | .00 | 29605.60 | .00 | 43087.73 |
| PRINCIPAL PAID | 12888.62 | .00 | .00 | .00 | 12888.62 |
| INTEREST PAID | 260.08 | .00 | .00 | .00 | 260.08 |
| TOTAL PAID | 13148.70 | .00 | .00 | .00 | 13148.70 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $   1000.00  direct and $   1500.00  through the plan.

The Trustee received $    557.30 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```